## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND (PROVIDENCE)

| IN RE: |   |
|---|---|
| Donna A. Corvese, Debtor. |   |

| Federal National Mortgage Association, VS. Donna A. Corvese | CHAPTER 7 CASE NO. 1:18-bk-10710-DF |

### MOTION FOR RELIEF FROM STAY AND MEMORANDUM IN SUPPORT THEREOF

To the Honorable Diane Finkle:

Federal National Mortgage Association, your moving party in the within Motion, hereby requests that the Court grant relief from the Automatic Stay imposed by 11 U.S.C. §362 and respectfully represents:

1. The movant has a mailing address of courtesy of its servicer, Seterus, Inc., of 14523 Millikan Way, Suite 200, Beaverton, OR 97005.

2. Donna A. Corvese ("Debtor") has a mailing address of PO Box 19393, Johnston, RI 02919.

3. On April 25, 2018, the Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Rhode Island.

4. The movant is the holder of a first mortgage ("Mortgage") on real estate in the original amount of $168,500.00 given by Ronald Corvese Jr. and Donna A. Corvese to Mortgage Electronic Registration Systems, Inc., as nominee for CitiMortgage, Inc., its successors and assigns, on or about April 28, 2006.  The Mortgage is recorded with the Records of Land Evidence in the Town of Johnston at Book: 1704, Page: 51 and covering the premises located at 416 Central Ave, Johnston, RI 02919 ("the Property").

5. The Mortgage is modified by a loan modification agreement executed on or about August 12, 2013

6. Said mortgage secures a promissory note ("Note") given by Ronald Corvese Jr. and Donna A. Corvese to CitiMortgage, Inc. in the original amount of $168,500.00.

7. There is no other collateral securing the obligation.



Case 1:18-bk-10710    Doc 8    Filed 07/23/18    Entered 07/23/18 14:36:52    Desc Main
                        Document      Page 2 of 5

8.  The Mortgage was subject to the following assignments:

- Mortgage Electronic Registration Systems, Inc., as nominee for CitiMortgage, Inc., its successors and assigns, to CitiMortgage, Inc., recorded on May 23, 2012, in Book: 2210, at Page: 301;

- CitiMortgage, Inc. to Federal National Mortgage Association, recorded on February 18, 2014, in Book: 2350, at Page 95;

True and accurate copies of the Mortgage, Note, loan modification, and assignments are attached and marked as **Exhibit A**.

9.  As of June 28, 2018, approximately $152,110.10 in principal, interest, late fees and other charges was due with regard to the Note and Mortgage. As a result of this motion, attorney's fees and costs of approximately $931.00 have accrued. This figure may increase as additional attorney's fees and costs accrue.

10. According to the Debtor's Statement of Intention, the Property is being retained.

11. There are the following encumbrances on the Property:

| Name of Creditor | Type of Lien | Amount Owed |
|---|---|---|
| Movant | First lien | $152,110.10 |
| Bank of America, N.A. | Other | $16,492.00 |
| Citibank SD, N.A. | Junior Mortgage | $42,463.00 |
| **Total Secured Encumbrances:** | | **$211,065.10** |

12. According to the Debtor's Schedules, the fair market value of the subject property is $230,035.00.

13. The Note and Mortgage are in default for the March 1, 2018 payment, and all payments thereafter plus reasonable attorney's fees and costs and other charges incurred by the movant.

14. As of June 28, 2018, the amount to cure the default is $2,304.86.

15. The movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the movant states that it is entitled to relief:

   I.   Pursuant to 11 U.S.C. §362 (d)(1) for cause on the basis that the Debtor is in default on said contractual obligations and not providing adequate protection.

WHEREFORE, the movant prays that it, and its successors and/or assigns, be granted relief from the automatic stay for the purpose of: (i) exercising its rights under its agreements with the Debtor and under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any

deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation,  proceedings, as are permissible by law; and (iv) that the Court order such other and further relief as may be just and proper.

Respectfully submitted,

**Federal National Mortgage Association**,
By its Attorney

Keith J. McCarthy_____
Keith J. McCarthy, Esq.
RI Bar Number: 9346
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
ribk@harmonlaw.com

Dated: July 23, 2018

**Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND (PROVIDENCE)**

| | |
|---|---|
| IN RE:<br><br>Donna A. Corvese,<br>Debtor. | |
| Federal National Mortgage Association,<br><br>VS.<br><br>Donna A. Corvese | CHAPTER 7<br>CASE NO. 1:18-bk-10710-DF |

**CERTIFICATE OF SERVICE**

  I, Keith J. McCarthy, Esq., state that on July 23, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Rhode Island on behalf of Federal National Mortgage Association using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Peter Berman
Joseph M. DiOrio
Gary L. Donahue

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Ronald Corvese
416 Central Ave
Johnston, RI 02919

Donna A. Corvese
PO Box 19393
Johnston, RI 02919

Bank of America, N.A.
NC4-105-03-14
PO Box 26012
Greensboro, NC 27410-6012

Citibank SD, N.A.
Attn: Bankruptcy
PO Box 790040
St. Louis, MO 63179-0040

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

                                  Respectfully submitted,

**Federal National Mortgage Association**,
By its Attorney

/s/ Keith J. McCarthy
Keith J. McCarthy, Esq.
RI Bar Number: 9346
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
ribk@harmonlaw.com

Dated: July 23, 2018